AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| Howard W.C.C. Tom Sun | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 00-00397BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| City & County of Honolulu; Depart of<br>Enterprise Services; J.H. Wilkinson, et al. | January 20, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court (1) Grants in part and denies in part Defendants' Renewed Motion for Judgment as a Matter of Law; (2) Denies Defendants' Alternative Motion for a New Trial; (3) Denies Plaintiff's Motion to Affirm Jury Award to Plaintiff; (4) Strikes Plaintiff's Joinder in Defendants' Motion for a New Trial; and (5) Denies Plaintiff's motion for Attorney's Fees, therefore, judgment is entered in favor of the PLAINTIFF for $1.00 pursuant to the "Order in part and denies in part Defendants' Renewed Motion for Judgment as a Matter of Law, Denies Defendants' Alternative Motion for a New Trial, Denies Plaintiff's Motion to Affirm Jury Award to Plaintiff; Strikes Plaintiff's Joinder in Defendants' Motion for a New Trial, and Denies Plaintiff's motion for Attorney's Fees" issued by Magistrate Judge Barry M. Kurren on January 18, 2006.

| | |
|---|---|
| _____January 20, 2006_____ | _____SUE BEITIA_____ |
| Date | Clerk |
| | \_\_\_\_\_*/s/ Bernadette Biacan Aurio*\_\_\_\_\_ |
| | (By) Deputy Clerk |