CARRIE K.S. OKINAGA, 5958
Corporation Counsel

MARIE MANUELE GAVIGAN, 6585
LAURA A. KUIOKA, 8054
Deputies Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaii 96813
Telephone: 527-5585\523-4076
Facsimile: 523-4583
Email address: mgavigan@honolulu.gov
lkuioka@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU, and
DEPARTMENT OF ENTERPRISE SERVICES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HOWARD W.C.C. TOM SUN, | ) Civil No.: CV00-00397 BMK |
| | ) |
| Plaintiff, | ) SATISFACTION OF JUDGMENT |
| | ) |
| vs. | ) Judge: Honorable Barry M. Kurren |
| | ) |
| CITY & COUNTY OF HONOLULU, | ) Trial Date: August 2, 2005 |
| DEPARTMENT OF ENTERPRISE | ) |
| SERVICES; J. H. WILKINSON, | ) |
| SUPERINTENDENT OF THE | ) |
| BUILDING SERVICES DIVISION | ) |
| SAFETY COMMITTEE, IN HIS | ) |
| OFFICIAL AND INDIVIDUAL | ) |
| CAPACITY; LOPE B. | ) |
| SALVATIERRA, ENTERPRISE | ) |
| SERVICES SECTION SUPERVISOR, | ) |
| IN HIS OFFICIAL AND | ) |

INDIVIDUAL CAPACITY; JOHN            )
DOES 1-10; JANE DOES 1-10; DOE       )
CORPORATIONS 1-10; AND DOE           )
PARTNERSHIPS 1-10,                   )
                                     )
        Defendant.                   )
_____)

## SATISFACTION OF JUDGMENT

PLAINTIFF HOWARD W.C.C. TOM SUN, through his undersigned counsel, hereby acknowledges full and complete Satisfaction of Judgment entered January 20, 2006, and payment by DEFENDANTS CITY AND COUNTY OF HONOLULU and DEPARTMENT OF ENTERPRISE SERVICES in the above-entitled action, including all interest, costs, and fees.

DATED: Honolulu, Hawaii, _____JUL 2 5 2006_____.

_____
VENETIA CARPENTER-ASUI, ESQ.
Haseko Center, Suite 812
820 Mililani Street
Honolulu, Hawaii  96813
Attorney for Plaintiff

*****************************************************************
Civil No. CV00-00397 BMK
Howard W.C.C. Tom Sun v. City and County of Honolulu, et al.

Satisfaction Of Judgment

-2-